**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JANE PITCHER**                                                                                          **PLAINTIFF**

**v.**                                          **CASE NO. 3:07CV00183-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Jane Pitcher.

DATED this 23rd day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE